HARRY TIEDECK, complainant-respondent,

*v.*

HAMILTON G. PEDRICK, defendant-appellant,

[Decided April 30th, 1937.]

*Mr. Walter S. Keown* and *Mr. George D. Rothermel,* for the complainant-respondent.

*Mr. James Mercer Davis,* for the defendant-appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Davis.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, LLOYD, BODINE, DONGES, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 11.

*For reversal*—PARKER, CASE, HEHER, COLE, JJ. 4.